IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

| | | |
|---|---|---|
| CSIDENTITY CORPORATION, | § § § | |
| Plaintiff, | § § | |
| v. | § § | 1:18-CV-870-RP |
| NEW EQUITY PRODUCTIONS, INC. and ANDREW J. HOWITT, | § § § § | |
| Defendants. | § § | |

**ORDER**

Before the Court is the report and recommendation of United States Magistrate Judge Andrew W. Austin concerning Defendants New Equity Productions, Inc. and Andrew J. Howitt's ("Defendants") Section 1404 Motion to Transfer Venue, (Dkt. 37). (R. & R., Dkt. 49). In his report and recommendation, Judge Austin recommends that the Court deny the motion. (*Id.* at 6). Defendants timely filed objections to the report and recommendation. (Objs., Dkt. 52).

A party may serve and file specific, written objections to a magistrate judge's findings and recommendations within fourteen days after being served with a copy of the report and recommendation and, in doing so, secure *de novo* review by the district court. 28 U.S.C. § 636(b)(1)(C). Because Defendants timely objected to each portion of the report and recommendation, the Court reviews the report and recommendation *de novo*. Having done so, the Court overrules Defendants' objections and adopts the report and recommendation as its own order.

Accordingly, **IT IS ORDERED** that the report and recommendation of United States Magistrate Judge Andrew W. Austin, (Dkt. 49), is **ADOPTED**. The Court **DENIES** Defendants' Section 1404 Motion to Transfer Venue. (Dkt. 37).

**SIGNED** on March 4, 2021.

_____
ROBERT PITMAN
UNITED STATES DISTRICT JUDGE